JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LEE HARPER,<br><br>                    Petitioner,<br><br>            v.<br><br>WARREN MONTGOMERY, Warden,<br><br>                    Respondent. | Case No. EDCV 16-1151-CAS (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 10, 2018

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE